

FILED

2010 JAN 22 PM 4:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1 | TOWNSEND AND TOWNSEND AND CREW LLP
Mark A. Steiner (Cal. Bar No. 88124)
2 | A. James Isbester (Cal. Bar No. 129820)
Tali L. Alban (Cal. Bar No. 233694)
3 | Two Embarcadero Center, 8th Floor
San Francisco, California  94111
4 | Telephone: (415) 576-0200
Facsimile: (415) 576-0300
5 |
Attorneys for Plaintiffs Encore Holdings Ltd.
6 | and Viva USA Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENCORE HOLDINGS LTD, a Bahamas limited liability company, and VIVA USA INC., a California corporation,

Plaintiffs,

v.

INFINITI MEDIA, INC., a California corporation.

Defendant.

Civil Action No.: CV10-0492 DSF (PLAx)

**COMPLAINT FOR PATENT INFRINGEMENT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; DEMAND FOR JURY TRIAL**

**INJUNCTIVE RELIEF REQUESTED**

Plaintiffs Encore Holdings Ltd. ("Encore") and Viva USA Inc. ("Viva USA"), for their complaint, allege as follows:

1. Encore and Viva USA are both members of the Viva Group of companies. The Viva Group is a recognized world leader in optical media packaging with its headquarters in Hong Kong, and manufacturing facilities in China, Canada and Poland. The Viva Group distributes and sells its products in numerous countries. Among the products that the Viva Group distributes in the United States is the "ECO-Box," a case for optical media discs such as DVDs and CDs having a distinctive spoked wheel design incorporated into the disc holding region of the case. Encore holds the intellectual property associated with the ECO-Box. Viva USA is the exclusive authorized agent for the distribution and sale of this product in the United States. The ECO-Box is sold to various customers in this district.

2. Infiniti Media, Inc. ("Infiniti") is a California corporation with its principal place of business at 19481 Harborgate Way, Torrance, California, 90501. Infiniti distributes cases for optical media discs such as DVDs and CDs.

## JURISDICTION

3. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). The Court has personal jurisdiction over Infiniti because Infiniti is a California corporation and has at all material times been doing business in this District.

## VENUE

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because this is a judicial district where Infiniti does business and has committed acts of patent infringement.

## CLAIM FOR RELIEF

[Infringement of United States Design Patent No. D603,202]



5. United States Design Patent No. D603,202 (the "'202 Patent"), entitled "Optical Media Disc Case" issued on November 3, 2009 to King Yeung Choi. The '202 Patent discloses and claims a distinctive, spoked wheel design on the back of a case for holding optical media discs such as DVDs and CDs. The Viva ECO-Box is an embodiment of the design covered by this patent. The spoked wheel design, as depicted in Figure 3 of the '202 patent, is reproduced to the left. A copy of the '202 Patent is attached hereto as Exhibit A.

6. Encore is the owner by assignment of all right, title and interest in the '202 Patent. Viva USA is and has been the exclusive authorized distributor of the patented ECO-Box product in the United States.



7. During the relevant times, Infiniti has sold and offered to sell optical media disc cases that incorporate a spoked wheel design. Infiniti's sales and offers for sale of these optical media cases infringe the '202 Patent. A photograph of an infringing Infiniti product is reproduced to the left.

8. Infiniti has had notice of the '202 Patent and its application to the infringing products since at least November 6, 2009. Infiniti's infringement of the '202 Patent has therefore been willful, deliberate and in conscious disregard of Plaintiffs' patent rights, making this an exceptional case within the meaning of 35 U.S.C. §§ 284 and 285.

9. Unless enjoined and restrained by this Court, Infiniti will continue to infringe the '202 Patent, and thereby cause irreparable injury to Plaintiffs for which there is no adequate remedy at law.

10. As a result of Infiniti's willful and deliberate infringement of the '202 Patent, Plaintiffs have been damaged in an amount to be determined at trial.

## PRAYER FOR RELIEF

Plaintiffs prays for judgment against Infiniti and all persons in active concert or participation with Infinti, granting Plaintiffs the following relief:

a. A preliminary and final injunction prohibiting Infiniti, its officers, directors, agents, and successors and anyone else acting in concert with Infiniti from continued infringement of United States Design Patent No. 603,202;

b. An award to Plaintiffs of such damages as they shall prove at trial which is adequate to compensate Plaintiffs for Infinti's patent infringement, said damages to be no less than a reasonable royalty;

c. An award to Plaintiffs of treble damages to be determined, as provided for in 35 U.S.C. § 284, together with prejudgment interest;

1        d.    A finding that this case is exceptional, and an award to Plaintiffs of their costs and
2  reasonable attorneys' fees, as provided by 35 U.S.C. § 285; and
3        e.    Any other and further relief that this Court may deem appropriate and just.

Dated this 22nd day of January, 2010

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
         A. James Isbester

Attorneys for Plaintiffs Encore Holding Ltd. and Viva USA Inc.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Viva Holdings, Inc. a BVI Company

Dated this 22nd day of January, 2010

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
     A. James Isbester

Attorneys for Plaintiffs Encore Holdings Ltd and Viva USA Inc.

# JURY DEMAND

Plaintiffs demand a jury trial on all issues so triable, pursuant Rule 38 of the Federal Rules of Civil Procedure.

Dated this 22nd day of January, 2010

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
A. James Isbester

Attorneys for Plaintiffs Encore Holdings Ltd and Viva USA Inc.

62407707 v1

# EXHIBIT A

Case 2:10-cv-00492-DSF-PLA   Document 1   Filed 01/22/10   Page 7 of 16



US00D603202S

(12) **United States Design Patent**  (10) Patent No.: **US D603,202 S**
Choi  (45) Date of Patent: ** **Nov. 3, 2009**

(54) **OPTICAL MEDIA DISC CASE**

(75) Inventor: **King Yeung Choi**, Hong Kong (HK)

(73) Assignee: **Encore Holdings Ltd.**, Nassau (BS)

(**) Term: **14 Years**

(21) Appl. No.: **29/327,219**

(22) Filed: **Oct. 31, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 12/034,625, filed on Feb. 20, 2008.

(51) **LOC (9) Cl.** .................................................. **06-02**
(52) **U.S. Cl.** ........................................ **D6/634**; D6/407
(58) **Field of Classification Search** .................. D6/407, D6/626–635; D9/415, 418, 420, 422, 423, D9/424, 425, 426, 428, 432, 433; D3/247, D3/273, 294, 295, 299–301, 303; 206/307, 206/307.1, 308.1, 309, 311, 312, 313, 310, 206/751; 211/40, 41.1, 41.12; D14/478–479
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,092,652 | A | | 7/2000 | Evans |
| D437,520 | S | * | 2/2001 | Choi .......................... D6/632 |
| D525,628 | S | * | 7/2006 | Clatterbuck et al. ........ D14/478 |
| D526,652 | S | * | 8/2006 | Clatterbuck et al. ........ D14/478 |
| D527,009 | S | * | 8/2006 | Clatterbuck et al. ........ D14/478 |
| 7,419,054 | B1 | * | 9/2008 | Clayton ...................... 206/232 |
| 2002/0056654 | A1 | | 5/2002 | Carman et al. |
| 2004/0144662 | A1 | * | 7/2004 | Bolognia et al. ......... 206/308.1 |

* cited by examiner

*Primary Examiner*—Charles A Rademaker
*Assistant Examiner*—Charles D Hanson
(74) *Attorney, Agent, or Firm*—Stephen M. De Klerk; Sonnenschein, Nath & Rosenthal LLP

(57) **CLAIM**

The ornamental design for an optical media disc case, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view in closed configuration of an optical media disc case showing my new design;

FIG. 2 is a top plan view in closed configuration thereof;

FIG. 3 is a bottom plan in open configuration view thereof;

FIG. 4 is a perspective view in open configuration thereof; and,

FIG. 5 is a top plan view in open configuration thereof.

The broken line showing of the disc case is included for the purpose of illustrating environment and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG.1



FIG.2



FIG.3



FIG.4



FIG.5

Name & Address:
A. James Isbester
Townsend and Townsend and Crew LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCORE HOLDINGS LTD, a Bahamas limited liability company, and VIVA USA INC., a California corporation<br><br>PLAINTIFF(S)<br>v.<br>INFINITI MEDIA, INC., a California corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10-0492 DSF (PLAx)**<br><br>SUMMONS |

TO: DEFENDANT(S): INFINITI MEDIA, INC.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Townsend & Townsend & Crew LLP__, whose address is __2 Embarcadero Center, 8th Floor, San Francisco, California 94111__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JAN 22 2010__    By: __NATALIE LONGORIA__
                                Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ENCORE HOLDINGS LTD, a Bahamas limited liability company, and Viva USA Inc., a California corporation

**DEFENDANTS**
INFINITI MEDIA, INC., a California corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** **JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. §§ 284 and 285

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)     **CIVIL COVER SHEET**     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Viva USA - Los Angeles County | Encore Holdings - Bahamas corporation headquartered in Hong Kong |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   1/22/10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |